UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene _____ DIVISION

Richard Thomas Reignfd~~Bergard~~
_(Enter full name of plaintiff)_

Plaintiff,

Civil Case No. 6:20-cv-00635-JR _____
(to be assigned by Clerk's Office)

v.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

City of Coquille Police
Douglas Miller

Jury Trial Demanded

☑ Yes    ☐ No

_(Enter full name of ALL defendant(s))_

Defendant(s).

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

Jail Address

**Plaintiff**  Name: Richard Thomas Reignfd
Street address:
#1611 Grant St   Street Address: 200 East 2nd
North Bend OR 97459  City, State & Zip Code: Coquille OR 97423
Telephone No.: N/A

Complaint for Violation of Civil Rights (Prisoner Complaint)                     1
[Rev. 01/2018]

Can you sent a confromation to Both Addresses

**Defendant No. 1**   Name: _City of Coquille Police_ _Douglas Miller_
Street Address: _857 N. Central BLVD_
City, State & Zip Code: _Coquille OR 97423_
Telephone No.: _N/A_

**Defendant No. 2**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 3**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 4**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Amendment V VI Harrasment False Imprisonment

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

This officer has repeatly harressed me around Coquille because I was homeless trying to run me off. Everytime I turned around I was getting accussed of something because its illegal to be homeless in coquille or they just don't like the homeless

### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Because I slept by the courthouse N a window got broke I automatically

Complaint for Violation of Civil Rights (Prisoner Complaint)   3
[Rev. 01/2018]

got the blame N got arrested. He assumed I was guilty just because I was homeless N in the area. What happened to being presumed innocent until proven guilty. He harrassed me N false imprisoned me

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

He had me charged with weapons from mirvlanious stuff in my pocket that were clearly not weapons, the D.A. dropped it, so he went N got a local Druggy N that we both new N had her say a bunch of lies so they would bring the charge back up N hold me in jail, Total set up, malicious, deflouchis harassment, false imposenment

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☐ Yes     ☑ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I would like the officer repremanded, a ppology, the charges dropped, N paiiS for my time

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __9__ day of __Cpnl__, 20 __20__

(Signature of Plaintiff)