FILED 31 AUG '20 10:59 USDC-ORP

Dear Judge John a. Russo,

I don't know when I'm getting out of OSH so I ~~wanted~~ wanted to ask you to dismiss all 6 cases without ~~prejudice~~, I would like to be able to bring them back up later when the cases (legal) are ~~res$~~ resolved n I'm out of custody n can go get help or hire a lawyer to help. I believe it's called notice of dissmol or voluntary Dismissal and to ask without prejudice. I'm sorry I'm such a bother but my legal resources is not alot n I can't do alot while in custody the case # are

Cases# 6:20-CV-00633-JR
6:20-CV-00634-JR
6:20-CV-00635-JR
6:20-CV-00654
6:20-CV-00655
6:20-CV-00656

Please N Thank you

Richard Roy